ACCEPTED
06-15-00187-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/11/2015 9:49:56 AM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00187-CR |
| Appellate Case Style: Style: | Alejandro Garcia |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

11/11/2015 9:49:56 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Alejandro | ☒ Lead Attorney |
| Middle Name: | First Name: Robert |
| Last Name: Garcia | Middle Name: Lee |
| Suffix: | Last Name: Cole |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: Jr. |
| Amount of Bond: | ☒ Appointed  ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained  ☐ Public Defender |
| | Firm Name: Law Office of Robert Cole |
| | Address 1: 409 N. Fredonia, Suite 101 |
| | Address 2: |
| | City: Longview |
| | State: Texas    Zip+4: 75601 |
| | Telephone: 903-236-6288    ext. |
| | Fax: 903-236-5441 |
| | Email: rcolejd@gmail.com |
| | SBN: 04547800 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name:  State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name:  Zan

Middle Name:

Last Name:  Brown

Suffix:

☐ Appointed  ☒ District/County Attorney

☐ Retained  ☐ Public Defender

Firm Name:  Gregg County District Attorney's Office

Address 1:  101 E. Methvin, Suite 333

Address 2:

City:  Longview

State:  Texas  Zip+4:  75601

Telephone:  903-236-8440  ext.

Fax:  903-236-8490

Email:  zan.brown@co.gregg.tx.us

SBN:  03205900

[Add Another Appellee/ Attorney]

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):  Assaultive

Type of Judgment:  Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:  July 24, 2015

Offense charged:  Murder

Date of offense:  December 23, 2013

Defendant's plea:  Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court:  November 30, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed:  30 Years

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☒ Yes  ☐ No  If yes, date filed:  August 13, 2015

Motion in Arrest of Judgment: ☒ Yes  ☐ No  If yes, date filed:  August 13, 2015

Other:  ☐ Yes  ☒ No  If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA  If yes, date filed:  December 31, 2013

Date of hearing:  ☒ NA

Date of order:  December 31, 2013  ☐ NA

Ruling on motion:  ☒ Granted  ☐ Denied  ☐ NA  If granted or denied, date of ruling:  December 31, 2013

## VIII. Trial Court And Record

Court: 124th Judicial District Court

County: Gregg

Trial Court Docket Number (Cause no): 43527-B

Trial Court Judge (who tried or disposed of the case):

First Name: Alfonso

Middle Name:

Last Name: Charles

Suffix:

Address 1: 101 E. Methvin, Suite 447

Address 2:

City: Longview

State: Texas        Zip + 4: 75601

Telephone: 903-236-1765        ext.

Fax: 903-236-0747

Email: terri.shepherd@co.gregg.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes  ☐ No

If yes, date requested: Oct 30, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?   ☒ Yes  ☐ No

Was the reporter's record electronically recorded?   ☒ Yes  ☐ No

If yes, date requested: Oct 30, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Tina

Middle Name: Anders

Last Name: Campbell

Suffix:

Address 1: 101 E. Methvin, Suite 447

Address 2:

City: Longview

State: Texas        Zip + 4: 75601

Telephone: 903-236-1765        ext.

Fax: 903-236-0747

Email: tina.campbell@co.gregg.tx.us

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]      Court: [redacted]

Style: [redacted]

     Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)      Date: November 11, 2015

     State Bar No: 04547800

Printed Name:

Electronic Signature: /s/ Robert L. Cole, Jr.      Name: Robert L. Cole, Jr.
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on November 11, 2015 .

Signature of counsel (or pro se party)      Electronic Signature: /s/ Robert L. Cole, Jr.
     (Optional)

     State Bar No.: 04547800

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: November 11, 2015

Manner Served: eServe

First Name: Zan

Middle Name:

Last Name: Brown

Suffix:

Law Firm Name: Gregg County District Attorney Office

Address 1: 101 E. Methvin, Suite 333

Address 2:

City: Longview

State Texas      Zip+4: 75601

Telephone: 903-236-8440    ext.

Fax: 903-236-8490

Email: zan.brown@co.gregg.tx.us